**Michael E. Farnell, OSB No. 922996**
E-mail:  mfarnell@pfglaw.com
**Jason M. Gauss, OSB No. 192083**
E-mail:  jgauss@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone:  (503) 222-1812
Facsimile:  (503) 274-7979

*Attorneys for Plaintiff J.T. Wimsatt Contracting Company, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| J.T. WIMSATT CONTRACTING COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.  3:21-cv-00182-SB<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff J.T. Wimsatt

Contracting Company, Inc. and Defendant Greenwich Insurance Company, by and through their

/ / /

/ / /

/ / /

**Page 1** – **STIPULATION OF DISMISSAL**

respective counsel of record, hereby **Stipulate to Dismissal** of Case No.: 3:21-cv-00182-SB in its entirety, with prejudice and with each party to bear its respective attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED:  July 8, 2021.

**PARSONS FARNELL & GREIN, LLP**

By:  s/ Jason M. Gauss
  Jason M. Gauss, OSB #192083

*Attorneys for Plaintiff J.T. Wimsatt Contracting Company, Inc.*

DATED: July 8, 2021.

**CLYDE & CO.**

By: s/ Alexander E. Potente
  Alexander E. Potente

*Attorneys for Defendant Greenwich Insurance Company*