IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.T. WIMSATT CONTRACTING COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-00182-SB<br><br>**ORDER OF DISMISSAL** |

**BECKERMAN, U.S. Magistrate Judge.**

In accord with the Stipulation of Dismissal (ECF No. 21) filed by the parties on July 8, 2021 and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court ORDERS that this action is DISMISSED with prejudice, with each party bearing its respective attorney's fees and costs.

DATED this 21st day of July, 2021.

_Stacie F. Beckerman_
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL